# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158590(81)

LITTLE TREE SUSHI BAR, INC., DIXIE MOON
SALOON, LLC, THE NASH FAMILY LIMITED
PARTNERSHIP, M & R REALTY 111 SOUTH
MAIN, LLC, SULLIVAN INVESTMENT GROUP
LIMITED PARTNERSHIP, THIRD STREET
PROPERTIES, INC., CORP ONE, INC.,
GROUP 225, INC., CORP ONE PROPERTY
COMPANY, LLC, ONE HUNDRED SEVEN
SOUTH MAIN, LLC, and R & M REALTY, LLC,
        Plaintiffs-Appellants,

v

CITY OF ROYAL OAK,
        Defendant-Appellee,
and

CENTRAL PARK DEVELOPMENT GROUP, LLC,
        Intervening Defendant-Appellee.
_____/

SC: 158590
COA: 341606
Oakland CC: 2017-159908-CZ

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply submitted on December 12, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk